# Court of Appeals
# of the State of Georgia

ATLANTA,___November 04, 2014___

*The Court of Appeals hereby passes the following order:*

## A14A1728. WEBLETS LLC et al v. HIGO SOLUTIONS, INC.

Appellee has moved this court to dismiss Appellants' appeal. On October 2, 2014, this court ordered Appellants' counsel "to file a brief that includes an enumeration of errors no later than October 8, 2014." We also stated: "No additional extensions or amendments will be granted by this court, and counsel's failure to timely file a brief in compliance with our rules in every respect may result in a report to the State Bar of Georgia and/or a finding of contempt under Court of Appeals Rule 7."

Despite the clear guidance provided by this court, Appellants' counsel did not file an amended brief on behalf of his clients until October 21, 2014. We must therefore GRANT Appellee's Motion to Dismiss.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____11/04/2014_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*